IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR409-113
)
JYWANZA KAMBUI GREEN a/k/a )
Gywanza Kambui Green a/k/a )
Michael Lenard Davis, )
)
Defendant. )

## O R D E R

Before the Court is Defendant's Motion for Early Termination of Supervised Release. (Doc. 34.) In the motion, Defendant requests the termination of his three-year term of supervised release based on his exemplary conduct since his release. (Id. at 1.) While recognizing that Defendant's conduct during his time on supervised release has been both commendable and encouraging, the Court concludes that terminating Defendant's supervision after only 18 months of a 36-month term would be inappropriate. Moreover, the fact that Defendant committed felony state offenses prior to completion of this instant federal sentence cautions against any significant early termination of his supervised release. After reviewing the nature of Defendant's offense in this case, the Court concludes that early termination of Defendant's term of

supervised release is unwarranted at this time. Accordingly, Defendant's motion (Doc. 34) is **DENIED**.

SO ORDERED this 12th day of August 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA